CHAPTER 13 TRUSTEE · JAN M. SENSENICH · P.O. BOX 1326 · NORWICH, VT 05055

| DEBTOR AND ACCOUNT NUMBER | | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|---|
| 00-03-11869 DOROTHY M. & PETER P. PIERCE | | 221.31 | 0.00 | -221.31 |
| TORO, PO BX 215, MEMPHIS, TN 38101 | UNCLAIMED FUNDS | | Claim #013 | |
| Totals: | | 221.31 | 0.00 | |

CHAPTER 13 TRUSTEE · JAN M. SENSENICH · P.O. BOX 1326 · NORWICH, VT 05055
Case 03-11869 Doc 31 Filed 07/05/11 Entered 07/05/11 13:02:58 Desc Main Document Page 1 of 1

| DEBTOR AND ACCOUNT NUMBER | | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|---|
| 00-03-11869 DOROTHY M. & PETER P. PIERCE | | 221.31 | 0.00 | -221.31 |
| TORO, PO BX 215, MEMPHIS, TN 38101 | UNCLAIMED FUNDS | | Claim #013 | |
| Totals: | | 221.31 | 0.00 | |